UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NEWCROP, LLC
Plaintiff,

v.

PRESQRIBER, LLC
Defendant.

Civil No. 6:14-cv-00539

CLERK'S ENTRY OF DEFAULT

On this 14th day of July, 20 14, it appearing from the affidavit(s) in support of default of Simon W. Hendershot, III, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:
PRESQRIBER, LLC



DAVID J. MALAND, CLERK

By: Shelley Moore
Deputy Clerk

p:\DFLT.ord