IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NEWCROP, LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:14-CV-539-KNM |
| v. | § § | PATENT CASE |
| PRESQRIBER, LLC, | § § § | |
| Defendant. | § § § | |

# ORDER

The Court previously ordered that leave of Court must be obtained before any motion for summary judgment may be filed. Standing Order Regarding Letter Briefs. NewCrop's request for permission to file a motion for summary judgment of invalidity on subject matter ineligibility grounds for U.S. Patent No. 5,758,095 (Doc. No. 22-1) is **GRANTED**.

So ORDERED and SIGNED this 26th day of September, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE