IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NewCrop, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:14-cv-00539 |
| | § | |
| Presqriber, LLC | § | PATENT CASE |
| | § | |
| Defendant. | § | |

**PLAINTIFF NEWCROP, LLC'S NOTICE OF READINESS
FOR SCHEDULING CONFERENCE**

Pursuant to this Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiff NewCrop, LLC files this Notice of Readiness for Status Conference.

**I.   Pending Motions**

Currently there are no pending motions before the Court.  However, Plaintiff has been granted permission to file a Motion for Summary Judgment on invalidity on subject matter ineligibility grounds for U.S. Patent No. 5,758,095 (Doc. No. 24).

**II.   Related Cases**

The below listed cases are on file in the Eastern District of Texas, Tyler Division and involve U.S. Patent No. 5,758,095.  Additionally, please see Doc. No. 8, Plaintiff's Notice of Related Cases e-filed on June 26, 2014.

| Case No. | Plaintiff | Defendant |
|---|---|---|
| 6:14-cv-00440 | Presqriber, LLC | AO Capital Partners, LLC d/b/a Prognosis Innovation Healthcare |
| 6:14-cv-00441 | Presqriber, LLC | Aprima Medical Software, Inc. |
| 6:14-cv-00442 | Presqriber, LLC | Athenahealth, Inc. |
| 6:14-cv-00443 | Presqriber, LLC | Cerner Corporation |

| Case No. | Plaintiff | Defendant |
|---|---|---|
| 6:14-cv-00444 | Presqriber, LLC | Community Computer Service, Inc. d/b/a Medent |
| 6:14-cv-00445 | Presqriber, LLC | Computer Programs and Systems, Inc. (CPSI) |
| 6:14-cv-00446 | Presqriber, LLC | CureMD.com, Inc. |
| 6:14-cv-00447 | Presqriber, LLC | eCareSoft, Inc. |
| 6:14-cv-00448 | Presqriber, LLC | E-MDs, Inc. |
| 6:14-cv-00452 | Presqriber, LLC | Healthland Inc. |
| 6:14-cv-00453 | Presqriber, LLC | McKesson Corporation |
| 6:14-cv-00454 | Presqriber, LLC | Medhost, Inc. |
| 6:14-cv-00461 | Presqriber, LLC | QuadraMed Corporation |
| 6:14-cv-00462 | Presqriber, LLC | Quest Diagnostics Incorporated |

**III.    Patent Number for This Case and Any Related Case**

The patent number at issue in this case and the related cases is U.S. Patent No. 5,758,095.

**IV.    The Dates of any Future *Markman* Hearing and/or Trial for Related Cases**

No *Markman* Hearing or Trial Date has been set in this case or any related case.

Dated:  October 21st, 2014.


Respectfully submitted,
**KERR, HENDERSHOT & CANNON, P.C.**


/s/ Simon W. Hendershot
SIMON W. HENDERSHOT, III
**Lead Attorney**
SBN: 09417200
trey@k-hpc.com
CHRISTY L. MARTIN
SBN: 24041336
cmartin@k-hpc.com
KATIE TEMPONE COWART
SBN: 24048268
kcowart@k-hpc.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone:  (713) 783-3110
Facsimile:  (713) 783-2809
**ATTORNEYS FOR PLAINTIFF,
NEWCROP LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM / ECF system per Local Rule CV-5(a)(3) on October 21st, 2014.

/s/ Simon W. Hendershot
SIMON W. HENDERSHOT, III

S:\Newcrop\Presqriber\Pleadings\Schedulingconfreadiness 102114.Docx